**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ROBERT BOSCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUAL, CORPORATION, LIMITED LIABILITY COMPANY, PARTNERSHIP, AND UNINCORPORATED ASSOCIATION IDENTIFIED ON SCHEDULE A HERETO,<br><br>Defendant. | Case No. 26-cv-1255<br><br>Judge Martha M. Pacold |

**STATUS REPORT**

Plaintiff submits this Status Report, prepared by Plaintiff's counsel, pursuant to the August 6, 2026, Minute Entry. [Dkt. No. 38].

On June 5, 2026, Plaintiff filed an Amended Complaint, alleging the following claims: trademark infringement and counterfeiting (Count I), false designation of origin (Count II), and violation of Illinois Uniform Deceptive Trade Practices Act (Count III), against Defendant No. 1 "Eve Wu" ("Defendant") on Amended Schedule A. [Dkt. No. 29].

On June 17, 2026, Plaintiff filed its Motion for Expedited Discovery [Dkt. No. 33], which was granted, subject to limitations, on June 18, 2026. [Dkt. No. 34].

On August 27, 2026, Plaintiff filed its Motion for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3) [Dkt. No. 39], which was denied on August 28, 2026. [Dkt. No. 42]. In its August 28, 2026 Minute Entry, this Court stated, in part, that "[i]n a future filing, plaintiff may explain whether the addresses are incomplete or otherwise missing important information. As it stands, the court is not allowed to order alternative service." [Dkt. No. 42].

Plaintiff's investigator is currently conducting a search for any physical addresses associated with Defendant, specifically related to any incomplete or otherwise missing important information related to the associated addresses found for Defendant. The investigation is ongoing.

Respectfully submitted,

Dated: September 29, 2026

By: s/ Michael A. Hierl

Michael A. Hierl
William B. Kalbac
Robert P. McMurray
John Wilson
Elizabeth A. Miller
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
mhierl@hsplegal.com

Attorneys for Plaintiff
ROBERT BOSCH LLC

**CERTIFICATE OF FILING**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Status Report was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on September 29, 2026.

s/*Michael A. Hierl*
Michael A. Hierl